(No. 731—Claimant awarded $1,178.11.)

H. W. Gossard Company, Claimant, vs. State of Illinois, Respondent.

*Opinion filed May 1, 1925.*

Franchise tax—*when refund awarded.* This case is controlled by the decision of the court in the case of *Herenden Milling Co.* v. *State, supra.*

Moran, Paltzer & O'Donnell, for claimant.

Oscar E. Carlstrom, Attorney General; Edward C. Fitch, Assistant Attorney General, for respondent.

Mr. Justice Leech delivered the opinion of the court:

This is a claim to recover the franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by the

above named claimant in the years 1921 and 1922, the excess tax paid by claimant amounting to $1,178.11.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

We award claimant above named the sum of $1,178.11, on the grounds of equity and social justice.